# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NICOLE AND GREG BABIN, ET AL | : | DOCKET NO. 2:04 CV 1595 |
| VERSUS | : | JUDGE TRIMBLE |
| ECOLAB, INC., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Memorandum Ruling of this date, Defendant's motion for summary judgment is granted. Accordingly, it is

ORDERED that Plaintiffs' claims are dismissed with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of July, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE